UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFIA VASQUEZ and HERMENEGILDO CANDIA,

                          Plaintiff,

-v-

NUEVO TULCINGO AZTECA CORP. d/b/a NUEVO AZTECA, GILBERTO MOLINA, and ANGEL MOLINA,

                          Defendants.

CIVIL ACTION NO.: 23 Civ. 355 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 17, 2023, Plaintiffs Sofia Vasquez and Hermenegildo Candia (collectively, the "Plaintiffs") filed the complaint. (ECF No. 8 (the "Complaint")). On January 18, 2023, Plaintiffs served Defendant Nuevo Tulcingo Azteca Corp. ("Nuevo") by delivering the Summons and Complaint on an authorized agent in the Office of the Secretary of State of the State of New York. (ECF No. 13). To date, Nuevo has not answered, moved, or otherwise responded to the Complaint. In addition, Plaintiffs have not filed proof of service of the Summons and Complaint on Defendants Gilberto Molina and Angel Molina (collectively, the "Individual Defendants").

Accordingly, by **Thursday, March 9, 2023**, Plaintiffs shall file a status letter advising the Court of (i) the status of service on the Individual Defendants, and (ii) any communications they may have had with Nuevo since effecting service.

Dated:    New York, New York        SO ORDERED.
            February 9, 2023

                                                                             _____
                                                                         **SARAH L. CAVE**
                                                                         **United States Magistrate Judge**