UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFIA VASQUEZ and HERMENEGILDO CANDIA,

                Plaintiff,

-v-

NUEVO TULCINGO AZTECA CORP. d/b/a NUEVO AZTECA, GILBERTO MOLINA, and ANGEL MOLINA,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 355 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 9, 2023, the Court directed Plaintiffs Sofia Vasquez and Hermenegildo Candia (collectively, the "Plaintiffs") to file a status letter by Thursday, March 9, 2023 advising the Court of (i) the status of service on Defendants Gilberto Molina and Angel Molina, and (ii) any communications the Plaintiffs may have had with Defendant Nuevo Tulcingo Azteca Corp. since effecting service (the "Letter"). (ECF No. 14). To date, Plaintiffs have not filed the Letter. Accordingly, by **Wednesday, March 15, 2023**, Plaintiffs shall file the Letter.

Dated:      New York, New York
              March 10, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**