UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFIA VASQUEZ, HERMENEGILDO CANDIA, and MAIRA NARANJO,

                              Plaintiffs,

    -v-

NUEVO TULCINGO AZTECA CORP. d/b/a NUEVO AZTECA, GILBERTO MOLINA, and ANGEL MOLINA,

                              Defendants.

CIVIL ACTION NO. 23 Civ. 355 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Honorable Paul G. Gardephe has referred to me for Report & Recommendation (ECF No. 33) Plaintiffs' motion for default judgment (ECF No. 24–25 (the "Motion")).  By **February 26, 2024**, to support Plaintiffs' request for attorneys' fees (ECF No. 24 ¶¶ 41–45), Plaintiffs' counsel shall file contemporaneous billing records.  By **March 1, 2024**, Plaintiff shall serve on Defendants its billing records; the documents filed at ECF Nos. 20–25, 27–30, and 32–33; and this Order, and file proof of service on the docket.

Defendants shall file their response to the Motion, if any, by **March 15, 2024**.  **If Defendants (1) fail to respond to the Motion, or (2) fail to contact my Chambers by the date their response to the Motion is due, I intend to issue a Report & Recommendation concerning the Motion and Plaintiffs' damages based on Plaintiffs' written submissions alone, without an in-court hearing.**  See Trans. Marine Claims Agency, Inc. v. Ace Shipping Corp., 109 F.3d 105, 111 (2d Cir. 1997) ("'it [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in the default judgment'") (quoting Fustok v. ContiCommodity Servs., Inc., 873 F.2d 38, 40 (2d Cir. 1989)).

Dated:         New York, New York
                February 21, 2024

                                            SO ORDERED.

                                            _____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**