

August 20, 2024

**The Honorable Sarah L. Cave**
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Case No. 1:23-cv-00355-PGG-SLC**
**Vasquez v. Nuevo Tulcingo Azteca Corp., et al**

> Plaintiff's request at ECF No. 47 is GRANTED, and the initial case management conference scheduled for Monday, October 7, 2024 is ADJOURNED to **Thursday, October 10, 2024 at 10:00 a.m.** All other deadlines set in the Court's order at ECF No. 46 remain in effect. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close ECF No. 47.
>
> SO ORDERED.   8/21/24   SARAH L. CAVE
> United States Magistrate Judge

Dear Judge Cave:

I represent the plaintiff in the above-referenced matter. I am writing to respectfully request an adjournment of the initial case management conference currently scheduled for Monday, October 7, 2024, at 3:00 p.m.

I will be out of the country at that time, and due to the significant time zone difference, I will be unable to attend the scheduled conference. I respectfully request that the conference be adjourned to a date after October 9, 2024.

Counsel for the defendants has graciously consented to this request.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

/s/
Lina Stillman
42 Broadway, 12th Floor
New York, NY 10004
Tel: (212) 832-1000
Fax: (212) 203-9115