UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFIA VASQUEZ, HERMENEGILDO CANDIA, and
MAIRA NARANJO,

                            Plaintiffs,

            -v-

NUEVO TULCINGO AZTECA CORP. d/b/a NUEVO
AZTECA, GILBERTO MOLINA, and ANGEL MOLINA,

                            Defendants.

CIVIL ACTION NO. 23 Civ. 355 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties were required to submit by September 30, 2024 a Report of Rule 26(f) Meeting and Proposed Case Management Plan (see ECF Nos. 46, 48) but failed to do so. As a one-time courtesy, the Court sua sponte extends the parties' deadline to **Friday, October 4, 2024.** The parties' failure to abide by this deadline may result in the cancellation of the initial case management conference scheduled for Thursday, October 10, 2024.

Dated:      New York, New York
            October 1, 2024

                              SO ORDERED.

                              _____
                              **SARAH L. CAVE**
                              **United States Magistrate Judge**