UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFIA VASQUEZ, HERMENEGILDO CANDIA, and MAIRA NARANJO,

                      Plaintiffs,

  -v-

NUEVO TULCINGO AZTECA CORP. d/b/a NUEVO AZTECA, GILBERTO MOLINA, and ANGEL MOLINA,

                      Defendants.

CIVIL ACTION NO. 23 Civ. 355 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 20, 2024, both the undersigned and the Honorable Paul G. Gardephe issued orders in response to the parties' December 19, 2024 notice that they had reached a settlement in principle.  (See ECF Nos. 54, 55 (the "Dec. 20 Orders")).  The Dec. 20 Orders, however, directed the parties to file a motion for settlement approval by different dates.  (Id.)  To reconcile the difference between the Dec. 20 Orders, the undersigned's order at ECF No. 55 is AMENDED such that the parties' deadline for compliance is EXTENDED to **Monday, February 3, 2025.**

Dated:       New York, New York
               December 23, 2024

                                            SO ORDERED.

                                            _____
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**