UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------- X

SOFIA VASQUEZ, HERMENEGILDO
CANDIA and MAIRA NARANJO,                    Civil Action No.

                                                                     1:23-cv-00355-PGG-SLC

*Plaintiffs*,

-against-

NUEVO TULCINGO AZTECA CORP. (DBA
NUEVO AZTECA), ANGEL MOLINA and
GILBERTO MOLINA,

*Defendants.*
--------------------------------------------- X

## JUDGMENT

On January 17, 2025, the Plaintiff filed a notice of acceptance of an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

That the Plaintiffs, SOFIA VASQUEZ, HERMENEGILDO VASQUEZ, and MAIRA NARANJO, have a judgment against NUEVO TULCINGO AZTECA CORP. (DBA NUEVO AZTECA), ANGEL MOLINA and GILBERTO MOLINA, jointly and severally, in the amount of Thirty Thousand Dollars ($30,000.00), which is inclusive of attorneys' fees and costs.

Dated: January 23, 2025



UNITED STATES DISTRICT JUDGE